IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE L. MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:15-CV-1654 SNLJ |
| THE VOGLER LAW FIRM, P.C., *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |

## **MEMORANDUM & ORDER**

On April 17, 2017, this Court granted plaintiff's motions to compel and awarded plaintiff attorneys' fees and costs he incurred in filing the Motions. (#51.) Plaintiff has since requested $948.00 in attorneys' fees for 2.4 hours spent preparing the two Motions to Compel (one directed to each set of defendants) and related activities. Defendant Ronald Reynolds "does not contest the overall fee of $948.00 for this matter." (#74.) The Vogler defendants did not respond. Having reviewed plaintiff's attorney's affidavit and other supporting documents, the Court will grant plaintiff's requests.

Plaintiff filed a motion for sanctions (#66) as to defendants Vincent V. and Vincent D. Vogler on May 1, 2017. Plaintiff stated that despite the Court's order granting the motion to compel, the two individual Vogler defendants had not submitted their discovery responses as required. The Voglers' attorney explained that he had sent their discovery responses along with the Vogler Law Firm responses on April 25, 2017. The case became stayed shortly thereafter. After the stay was lifted, the Voglers'

1

attorney re-sent the discovery responses to plaintiff's attorney on July 7, 2017.  Plaintiff's counsel replies that defense counsel re-sent only the portion of responses they had provided in February 2017.  Thus, the individual Vogler defendants apparently have still not complied with this Court's April 17, 2017 order.  The Vogler defendants did not file a sur-reply, and this Court has no further information regarding whether they have now complied with the Order.  As such, the Court will order the parties to file memoranda with the Court as to the status of this matter.

Accordingly,

IT IS HEREBY ORDERED that plaintiff's request for attorneys' fees (#52) is GRANTED.

IT IS FURTHER ORDERED that defendant Ronald Reynolds shall pay to plaintiff's counsel $474.00 by November 6, 2017.

IT IS FURTHER ORDERED that defendants Vincent V. Vogler, Vincent D. Vogler, and the Vogler Law Firm shall pay to plaintiff's counsel $474.00 by November 6, 2017.

IT IS FINALLY ORDERED that plaintiff and defendants Vincent D. Vogler and Vincent V. Vogler shall advise the Court as to the status of the motion for sanctions by October 30, 2017.

Dated this __23rd__ day of October, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT